# In the United States Court of Federal Claims

**No. 04-1733C**
**(Filed February 10, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**120 DELAWARE AVENUE, LLC and LAWLEY SERVICES, INC.**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to the Rules of the United States Court of Federal Claims (RCFC) Appendix A ¶ 4, the parties shall submit their joint preliminary status report on or before **March 14, 2005**. In accordance with RCFC Appendix A ¶ 7, the Court will hold a telephonic preliminary scheduling conference on **March 22, 2005, at 11 a.m. EST**. It is so **ORDERED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**