# In the United States Court of Federal Claims

**No. 04-1733C**
**(Filed March 23, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**120 DELAWARE AVENUE, LLC, and LAWLEY SERVICES, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING STAY OF PROCEEDINGS

---

On March 22, 2005, the Court held a telephonic status conference in accordance with Appendix A ¶ 7 of the Rules of the United States Court of Federal Claims (RCFC). In their joint preliminary status report, the parties requested that this matter be stayed pending the resolution of an eminent domain proceeding brought by Defendant against Plaintiff in the United States District Court for the Western District of New York captioned United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S. The parties represented that the resolution of the eminent domain proceeding, either through imminent settlement discussions or a decision of that Court would likely lead to a global resolution of both the eminent domain proceeding and the instant matter.

In accordance with the agreement of the parties, proceedings in the above-captioned matter shall be **STAYED** pending the outcome of United States v. 110-120 Delaware Avenue, Case No.

05-CV-0126-S. In addition, the parties will submit a joint status report **120** days from the issuance of this **ORDER**, in which the parties will report upon the progress of the eminent domain proceeding.

It is so **ORDERED**.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**