IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 120 DELAWARE AVENUE, LLC AND LAWLEY SERVICES, INC., Plaintiffs, | No. 04-1733C |
| v. | (Judge Williams) |
| THE UNITED STATES, Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court March 23, 2005 order, the parties report that United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y), the eminent domain proceedings concerning the property that is also the subject of this case, remains pending. Although there has been a distribution of the funds that the Government deposited with the district court, the district court has not set a schedule for further proceedings in that case. Although the parties have engaged in settlement discussions, including face-to-face, the parties have not resolved either the dispute in the district court or the dispute in this case, and consider that the Court's stay of this case pending the outcome of the district court proceedings is still warranted.

Prior to the filing of this joint status report, counsel for plaintiffs read this joint status report, and consented to its electronic filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
by s/Brian M. Simkin
MARK A. MELNICK
Assistant Director

s/John T. Refermat
JOHN T. REFERMAT
Harris Beach, LLP
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8731
Facsimile: (585) 419-8811

Attorney for Plaintiffs

July 21, 2005

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

July 20, 2005

Certificate of Filing

I hereby certify that on July 21, 2005, the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail