# In the United States Court of Federal Claims

**No. 04-1733C**
**(Filed January 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**120 DELAWARE AVENUE, LLC and LAWLEY SERVICES, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties are hereby **ORDERED** to file, every 120 days from the date of this order, a joint status report on the progress of the eminent domain proceeding in United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y.), until its final disposition. The parties are further **ORDERED** to file, within 30 days of final disposition of the above-referenced proceeding, a joint status report regarding further proceedings in this case.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**