IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 120 DELAWARE AVENUE, LLC AND LAWLEY SERVICES, INC., Plaintiffs, | |
| v. | No. 04-1733C (Judge Williams) |
| THE UNITED STATES, Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court's January 19, 2007 order, the parties report that United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y), the eminent domain proceedings concerning the property that is also the subject of this case, remains pending. Discovery is under way, including depositions that took place during the week of May 14, 2007. There is no trial date set, and the parties do not expect trial to take place until this Fall. The parties consider that the Court's stay of this case pending the outcome of the district court proceedings is still warranted.

Prior to the filing of this joint status report, counsel for plaintiffs read this joint status report, and consented to its electronic filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/John T. Refermat
JOHN T. REFERMAT
Harris Beach, LLP
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8731
Facsimile: (585) 419-8811

Attorney for Plaintiffs

May 21 , 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

May 18, 2007

Certificate of Filing

I hereby certify that on May 21, 2007, the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail