IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 120 DELAWARE AVENUE, LLC AND LAWLEY SERVICES, INC., | |
| Plaintiffs, | No. 04-1733C |
| v. | (Judge Williams) |
| THE UNITED STATES, | |
| Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court's January 19, 2007 order, the parties report that United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y), the eminent domain proceedings concerning the property that is also the subject of this case, remains pending. Discovery is complete in that district court action, and the parties, in August 2007, proposed that the district court schedule a trial in November 2007. As yet, the district court has not yet set a trial date. The parties consider that the Court's stay of this case pending the outcome of the district court proceedings is still warranted.

Prior to the filing of this joint status report, counsel for plaintiffs read this joint status report, and consented to its electronic filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
by s/Brian M. Simkin
MARK A. MELNICK
Assistant Director

RICHARD F. SULLIVAN
Harris Beach, LLP
726 Exchange Street
Buffalo, NY, 14210
Telephone: (716) 200-5114
Facsimile: (716) 200-5215

Attorney for Plaintiffs

September 18, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

September 18, 2007

Certificate of Filing

I hereby certify that on September 18, 2007, the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail