IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 120 DELAWARE AVENUE, LLC AND LAWLEY SERVICES, INC., | ) | |
| Plaintiffs, | ) | No. 04-1733C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully requests leave to file the attached Defendant's Status Report.

Pursuant to the Court's January 19, 2007 order, the parties were required to file a joint status report every 120 days from the date of that order. Accordingly, a joint status report was due on January 14, 2008. Regrettably, the parties did not file a joint status report on January 14, 2008. We apologize for this oversight.

On January 17, 2008, lead counsel for defendant noticed that a joint status report was overdue, and sent counsel for plaintiffs a joint status report signed by defendant's counsel, requesting that plaintiffs' counsel file the report attached to a motion to enlarge, out-of-time. Counsel for plaintiffs agreed.

Despite that agreement, counsel for plaintiffs has failed to file the joint status report, despite several subsequent reminders by lead counsel for defendant. For these reasons,

defendant requests that the Court grant this motion and deem the attached status report filed.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

February 11, 2008

Certificate of Filing

I hereby certify that on February 11, 2008, the foregoing Defendant's Motion for Leave to File Defendant's Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail