# In the United States Court of Federal Claims

**No. 04-1733C**
**(Filed February 14, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**120 DELAWARE AVENUE, LLC and LAWLEY SERVICES, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S STATUS REPORT

On February 11, 2008, Defendant filed a motion for leave to file Defendant's status report, nunc pro tunc. The parties were ordered on January 19, 2007, to file, every 120 days from the date of that order, a joint status report on the progress of the eminent domain proceeding in United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y.), until its final disposition. That joint status report was due January 14, 2008. The Court **GRANTS** Defendant's motion. Defendant's Status Report is accepted for filing.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**