IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 120 DELAWARE AVENUE, LLC AND LAWLEY SERVICES, INC., Plaintiffs, | |
| v. | No. 04-1733C (Judge Williams) |
| THE UNITED STATES, Defendant. | |

JOINT STATUS REPORT

Pursuant to the Court's January 19, 2007 order, the parties report that United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y), the eminent domain proceedings concerning the property that is also the subject of this case, remains pending. However, the trial that was scheduled to commence on May 5, 2008, is not being held. Rather, the parties have reached a tentative settlement agreement that is subject to the Attorney General's approval. Subject to that approval, the parties hope to file a settlement agreement with the district court within 30 days.

In view of the tentative nature of the parties' agreement in United States v. 110-120 Delaware Avenue, the parties consider that the Court's stay of this case pending the outcome of the district court proceedings is still warranted.

Prior to the filing of this joint status report, counsel for plaintiffs read this joint status report, and consented to its electronic filing.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

May 6, 2008

Certificate of Filing

I hereby certify that on May 6, 2008, the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail