IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 120 DELAWARE AVENUE, LLC AND LAWLEY SERVICES, INC., | ) | |
| Plaintiffs, | ) | No. 04-1733C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's January 19, 2007 order, the parties report that United States v. 110-120 Delaware Avenue, Case No. 05-CV-0126-S (W.D.N.Y), the eminent domain proceedings concerning the property that is also the subject of this case, remains pending. The district court set a trial date of May 5, 2008, then continued the matter based upon the parties' representation that they were working on a settlement proposal subject to appropriate approval. Efforts to settle the district court case continue. The parties consider that the Court's stay of this case pending the outcome of the district court proceedings is still warranted.

Counsel for plaintiffs has reviewed this status report and has represented that plaintiffs concur in its contents.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

September 10, 2008

Certificate of Filing

I hereby certify that on September 10, 2008, the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail